UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR1609-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT MICHAEL MALLORY |
| KELLIE SHAVER (1), MICHAEL MALLORY (2), | ) | |
| Defendants. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the above-entitled indictment charging importation of methamphetamine, in violation of Title 21, U.S.C., Section 952 and 960 and Title 18, U.S.C., Section 2, and possession of methamphetamine with intent to distribute, in violation of Title 21, U.S.C., Section 841(a)(1) and Title 18, U.S.C., Section 2, filed June 20, 2007, be **dismissed, without prejudice** as to defendant **Michael Mallory** (2).

IT IS FURTHER ORDERED that all court dates are vacated for defendant Michael Mallory and that defendant Michael Mallory is ordered released by the United States Marshal's Service.

**IT IS SO ORDERED.**

DATED: October 18, 2007

M. James Lorenz
United States District Court Judge